

# Fourth Court of Appeals
## San Antonio, Texas

February 26, 2021

No. 04-20-00597-CR

Richard **LARES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2006-CR-10110
Honorable Juanita A. Vasquez-Gardner, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Chief Justice
           Patricia O. Alvarez, Justice
           Luz Elena D. Chapa, Justice

On January 18, 2021, appellant filed a Motion to Supplement Record on Appeal. On February 17, 2021, we issued a memorandum opinion and order in this appeal dismissing the appeal for lack of jurisdiction. After consideration, we **DENY** the motion **AS MOOT**.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of February, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court